IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | CIVIL ACTION NO. _____ |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY | : : : | JURY TRIAL DEMANDED |
| Defendant. | : : | |

## COMPLAINT

Plaintiffs The Premcor Refining Group Inc. and Valero Energy Corporation for their Complaint against American Guarantee & Liability Insurance Company allege as follows:

### PARTIES

1. Plaintiff The Premcor Refining Group Inc. ("Premcor") is a Delaware corporation that has its principal place of business in Texas. Premcor owns and operates a refinery located in Delaware City, Delaware ("Delaware City Refinery").

2. Plaintiff Valero Energy Corporation ("Valero") is a Delaware corporation that has its principal place of business in Texas.

3. Plaintiff Premcor is an indirect subsidiary of Plaintiff Valero.

4. Defendant American Guarantee & Liability Insurance Company ("AGLIC") is a New York corporation that has its principal place of business in Illinois.

## JURISDICTION AND VENUE

5. There is complete diversity between Plaintiffs and AGLIC, and the amount in controversy between the parties is greater than $75,000.

6. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1332.

7. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391.

## FACTS

8. In the Fall of 2005, a "turnaround" was conducted at the Delaware City Refinery, at which time various maintenance activities took place (hereinafter, "Fall 2005 Turnaround").

9. On or about November 5, 2005, John Lattanzi and John Jerry Ferguson, employees of a contractor of Premcor, were asphyxiated at the Delaware City Refinery while performing contractor services relating to the Fall 2005 Turnaround.

10. Survivors of Lattanzi and Ferguson and representatives of their estates filed civil actions against plaintiffs in the United States District Court for the Eastern District of Pennsylvania. Specifically, Kenneth L. Ferguson, Administrator of the Estate of John Jerry Ferguson, Jr., and John J. Ferguson, Sr. filed an action against defendants Premcor and Valero in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 06-540. Ann Marie Vitanza, individually, and as Executrix of the Estate of John A. Lattanzi, and Christine Brockett, filed a complaint against Premcor and Valero in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 06-764.

11. Both lawsuits were consolidated (collectively, the "Underlying Actions"). The lawsuits allege claims under Delaware law for wrongful death, among other claims, and resulting damages.

## INSURANCE ALLEGATIONS

12. For the period May 1, 2005 to May 1, 2006, AGLIC issued to Valero a Commercial Umbrella Liability Policy, policy number AUC 291 2449 05 (the "AGLIC Umbrella Policy"), which policy provided insurance protection to Valero and Premcor.

13. Plaintiffs provided notice to AGLIC for potential defense and/or indemnification coverage under the AGLIC Umbrella Policy. AGLIC, however, denied coverage for the Underlying Actions and also reserved its right to deny coverage on additional grounds, citing certain provisions and exclusions. Plaintiffs disagree with AGLIC's analysis of the terms and conditions of the terms of the Policy and of applicable law.

## FIRST COUNT

14. Plaintiffs Premcor and Valero incorporate the preceding paragraphs of this Complaint as if restated herein at length.

15. Plaintiffs seek a declaration of the rights and obligations of Plaintiffs and AGLIC under the AGLIC Umbrella Policy.

16. An actual controversy exists between Plaintiffs and AGLIC as to their rights and obligations under the AGLIC Umbrella Policy.

**WHEREFORE**, Plaintiffs The Premcor Refining Group Inc. and Valero Energy Corporation demand judgment against Defendant American Guarantee & Liability Insurance Company as follows:

1) A declaratory judgment that defendant AGLIC owes a duty to fully indemnify plaintiffs (and defend if the underlying insurance is exhausted) under the AGLIC Umbrella Policy for settlements or judgments paid in the Underlying Actions, including but not limited to compensatory damages and punitive damages;

2) An award of all attorneys' fees and expenses incurred in the prosecution of this lawsuit and any other relief as this Court deems just and appropriate.

## JURY DEMAND

Plaintiffs The Premcor Refining Group Inc. and Valero Energy Corporation hereby demand a trial by jury as to all issues raised in the within action.

Dated: June 12, 2007

By: _____
William M. Kelleher, Esquire (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Attorneys for plaintiffs The Premcor Refining Group Inc. and Valero Energy Corporation

Of Counsel:
John B. Kearney
Paul F. Jenkins
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Voorhees, NJ 08043-4636
(856) 761-3400

Douglas Y. Christian
Joshua A. Mooney
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
The Premcor Refining Group Inc. and Valero Energy Corporation

## DEFENDANTS
American Guarantee & Liability Insurance Company

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
See attachment.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury – Product Liability |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Over-payment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Over-payment of Veteran's Benefits | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Emp. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 U.S.C. Section 1332, insurance coverage dispute

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ monetary damages plus declaratory judgment

Check YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):
N/A

JUDGE _____  DOCKET NUMBER _____

DATE 12 June 2007

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

DMEAST #9807182 v1

**Attorney List for Plaintiffs The Premcor Refining Group Inc. and Valero Energy Corporation**

William M. Kelleher, Esquire (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Douglas Y. Christian
Joshua A. Mooney
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **07-375**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_____6/12/2007_____          _____[signature]_____
(Date forms issued)              (Signature of Party or their Representative)

_____MARIO ADAME_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action