IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY<br><br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>CIVIL ACTION NO. _____<br><br><br>JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐    The nongovernmental corporate party, _____, in the above listed civil action do not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, The Premcor Refining Group, Inc., in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Premcor USA, Inc. (not publically held)

Date: June 12, 2007

Of counsel:
Douglas Y. Christian
Joshua A. Mooney
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

William Kelleher (DE Bar Id. # 3961)
Ballard Spahr Andrews & Ingersoll LLP
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 252-4465

Attorneys for Plaintiffs