AO 440 (De) Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

The Premcor Refining Group Inc. and
Valero Energy Corporation.
        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 07-375

American Guarantee & Liability Insurance
Company, and Maryland Casualty Company,
        Defendant.

TO: (Name and address of Defendant)

    Maryland Casualty Company
    c/o Insurance Commissioner of Delaware
    841 Silver Lake Boulevard
    Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William M. Kelleher
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street
    12th Floor
    Wilmington, DE 19801-3034

an answer to the amended complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              JUN 2 8 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and amended complaint was made by me[(1)] | DATE | 6/28/07 |
| NAME OF SERVER (PRINT) John Pappas | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Maryland Casualty Company c/o Insurance Commissioner of Delaware 841 Silver Lake Blvd, Dover DE 19904 was Accepted By Georgia Oxford At 3:10 pm

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/07
             Date

_John Pappas_
Signature of Server

15 E North Street Dover, DE 19901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.