IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE PREMCOR REFINING GROUP, :
INC., and VALERO ENERGY :
CORPORATION, :
                                            :
          Plaintiffs :
                                            :
            vs. :    C.A. No. 07-375
                                            :
AMERICAN GUARANTEE & :
LIABILITY INSURANCE COMPANY :
and MARYLAND CASUALTY :
COMPANY, :
                                            :
         Defendants :    JURY TRIAL DEMANDED

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of B. Wilson Redfearn, Esquire and Robert M. Greenberg, Esquire, as attorneys for defendants. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional or other defect relative to service of process. Defendants reserve the right to raise any and all defenses available, including those relating to jurisdiction, service and/or statute of limitations.

                       TYBOUT, REDFEARN & PELL

                BY: _____
                       B. WILSON REDFEARN, ESQUIRE, #173
                       ROBERT M. GREENBERG, ESQUIRE, #4407
                       Attorney for Defendants
                       750 South Madison Street, Suite 400
                       P.O. Box 2092
                       Wilmington, DE 19899
                       (302) 658-6901