IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP, INC., and VALERO ENERGY CORPORATION, | : : : : | |
| Plaintiffs | : : | |
| vs. | : : | C.A. No. 07-375 |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, | : : : : : | |
| Defendants | : | JURY TRIAL DEMANDED |

## STIPULATION EXTENDING TIME TO ANSWER

By agreement of the parties, the time in which the defendants may answer, move or otherwise plead to the Complaint and/or Amended Complaint is hereby extended to August 17, 2007. It is understood that this Stipulation does not waive defenses or objections which might otherwise be made by any party.

/s/ William Kelleher
WILLIAM KELLEHER, ESQUIRE 3961
Attorney for Plaintiffs
BALLARD, SPAHR, ANDREWS &
 INGEROLL
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

/s/ B. Wilson Redfearn
B. WILSON REDFEARN, ESQUIRE
ROBERT M. GREENBERG, ESQUIRE
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899