## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP, INC. and VALERO ENERGY CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION NO. 07-375** |
| | : | |
| v. | : | |
| | : | |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## DEFENDANT AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Defendant American Guarantee & Liability Insurance Company ("AGLIC") hereby states that it is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c. and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial

Services.  Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts.

TYBOUT, REDFEARN & PELL

/s/    B. Wilson Redfearn

BY:_____
B. WILSON REDFEARN, ESQUIRE, #173
ROBERT M. GREENBERG, ESQUIRE, #4407
Attorney for Defendant, American Guarantee
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901