IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP, INC., and VALERO ENERGY CORPORATION, | : : : : | |
| Plaintiffs | : : | |
| vs. | : | C.A. No. 07-375 |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, | : : : : : : | |
| Defendants | : | JURY TRIAL DEMANDED |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that the undersigned will present the attached Motion and Order for Admission Pro Hac Vice at the earliest convenience of the Court.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE, #173
ROBERT M. GREENBERG, ESQUIRE, #4407
Attorney for Defendants
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP, INC., and VALERO ENERGY CORPORATION, | : <br> : <br> : <br> : |
| Plaintiffs | : <br> : |
| vs. | :    C.A. No. 07-375 <br> : |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, | : <br> : <br> : <br> : <br> : |
| Defendants | :    JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certification, counsel for defendants move for the admission *Pro Hac Vice* of Tonia ("Toni") L. Ross, Esquire, Esquire of the law firm of McKenna, Long & Aldridge, LLP, 303 Peachtree Street NE, Suite 5300, Atlanta, Georgia 30308 to represent the defendants in this matter.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE, #173
ROBERT M. GREENBERG, ESQUIRE, #4407
Attorney for Defendants
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP, INC., and VALERO ENERGY CORPORATION,<br><br>Plaintiffs<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 07-375<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## CERTIFICATE OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

TONIA L. ROSS, ESQUIRE
McKenna, Long & Aldridge, LLP
303 Peachtree Street NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
E-mail: tross@mckennalong.com

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE PREMCOR REFINING GROUP, :
INC., and VALERO ENERGY :
CORPORATION, :
: 
        Plaintiffs :
:
    vs. :   C.A. No. 07-375
:
AMERICAN GUARANTEE & :
LIABILITY INSURANCE COMPANY :
and MARYLAND CASUALTY :
COMPANY, :
:
        Defendants :   JURY TRIAL DEMANDED

## ORDER

**AND NOW**, this _____ day of _____, 2007, defendants' Motion is granted and Tonia L. Ross is hereby admitted, *Pro Hac Vice*.

 

_____ J.