## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION : : : : Plaintiffs, : : vs. : : AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY : : : : : Defendants. : | CIVIL ACTION NO. 07-375 JURY TRIAL DEMANDED |

### MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Douglas Y. Christian to represent plaintiffs in this matter.

Date: August 21, 2007

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

Attorney for Plaintiff

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Douglas Y. Christian, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 20, 2007

Douglas Y. Christian, Esquire
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7599
(215) 665-8500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION : : : : : Plaintiffs, : : vs. : : AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY : : : : : : : Defendants. : | CIVIL ACTION NO. 07-375 JURY TRIAL DEMANDED |

## ORDER

IT IS HEREBY ORDERED that the motions of Douglas Y. Christian for admission *pro hac vice* are granted.

Date: _____        _____
                                                                                                              J.

## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire do hereby certify that on this __21st__ day of August, 2007, I caused two true and correct copies of the foregoing Motion for Admission *Pro Hac Vice* to be served via e-service on the following:

> B. Wilson Redfearn, Esq.
> 750 South Madison Stree
> Suite 400
> P.O. Box 2092
> Wilmington, DE 19899

Dated: August 21, 2007

William M. Kelleher (No. 3961)
BALLARD SPAHR ANDREWS &
   INGERSOLL, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4450
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Attorneys for Plaintiff