IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO. 07-375 |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Joshua A. Mooney to represent plaintiffs in this matter.

Date: August 21, 2007

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

Attorney for Plaintiff

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Joshua A. Mooney, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 21, 2007

Joshua A. Mooney, Esquire
BALLARD SPAHR ANDREWS &
    INGERSOLL, LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7599
(215) 665-8500

DMEAST #9858922 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY<br><br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION NO. 07-375<br><br>    JURY TRIAL DEMANDED |

## **ORDER**

　　IT IS HEREBY ORDERED that the motions of Joshua A. Mooney for admission *pro hac vice* are granted.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire do hereby certify that on this ___21st___ day of August, 2007, I caused two true and correct copies of the foregoing Motion for Admission *Pro Hac Vice* to be served via e-service on the following:

> B. Wilson Redfearn, Esq.
> 750 South Madison Stree
> Suite 400
> P.O. Box 2092
> Wilmington, DE 19899

Dated: August 21, 2007

_____
William M. Kelleher (No. 3961)
BALLARD SPAHR ANDREWS &
   INGERSOLL, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4450
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Attorneys for Plaintiff