IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE PREMCOR REFINING GROUP, INC., :
and VALERO ENERGY CORPORATION, :
: 
        Plaintiffs, :
: 
v. :   C. A. No. 07-375-***
: 
AMERICAN GUARANTEE & LIABILITY :
INSURANCE COMPANY and MARYLAND :
CASUALTY COMPANY, :
: 
        Defendants. :

## ORDER

At Wilmington this **14th** day of **September, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 21, 2007 at 10:00 a.m.** with Magistrate Judge Thynge as a continuation of the September 10, 2007 Rule 16 scheduling conference. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE