IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP, INC., and VALERO ENERGY CORPORATION, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-375-*** |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, | : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **25th** day of **September, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, October 5, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to further address the issues discussed during the September 21, 2007 teleconference. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE