LAW OFFICES

# TYBOUT, REDFEARN & PELL

750 SOUTH MADISON STREET
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON
SUSAN LIST HAUSKE

WILLIAM R. BAKER, JR
CHRISTINE P. O'CONNOR
ROBERT M. GREENBERG

Of Counsel:
B. WILSON REDFEARN
RICHARD W. PELL

Writer's Direct Dial:
(302) 657-5505
bwredfearn@trplaw.com

October 5, 2007

Magistrate Mary Pat Thynge
United States District Court
J. Caleb Boggs Building
844 King Street
Wilmington, DE 19801

Re:   The Premcor Refining Group, Inc. and Valero Energy Corporation v. American Guarantee & Liability Insurance Company and Maryland Casualty Company
C.A. No. 07-375

Dear Judge Thynge:

This letter confirms my conversation with your law clerk on October 4th. At that time, I advised Your Honor that the parties did not feel that a further conference with Your Honor was necessary. At the present time, the parties are still in the course of discussions relative to whether this case should remain in the Federal Court in light of the fact that a portion of it is presently pending in the Superior Court and/or it might be mediated at this time.

We appreciate your assistance with this matter and hold open the possibility that we will be contacting Your Honor in the future relative to the pending issues and/or a Scheduling Order.

Very truly yours,

B. WILSON REDFEARN

BWR:ma

cc:   William M. Kellerher, Esquire
      Douglas Y. Christian, Esquire
      Joshua A. Mooney, Esquire