IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | CIVIL ACTION NO. 07-375 |
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### SUBSTITUTION OF APPEARANCE

Kindly withdraw the appearance of William M. Kelleher of Ballard Spahr Andrews & Ingersoll, LLP for Plaintiffs The Premcor Refining Group, Inc. and Valero Energy Corporation. Please substitute Katie A. D'Emilio of the Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. D'Emilio is authorized to accept service on behalf of Plaintiffs The Premcor Refining Group, Inc. and Valero Energy Corporation.

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

Katie A. D'Emilio (No. 4824)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4450

Dated: 12/6/07

2

## **ORDER**

So ordered.

BY THE COURT

_____ J.

Dated:_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document were served by first class mail on the following this **6**th day of December, 2007:

B. Wilson Redfearn, Esquire
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899

/s/ Katie A. D'Emilio
Katie A. D'Emilio, Esquire (No. 4824)