IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PREMCOR REFINING GROUP INC. and VALERO ENERGY CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 07-375<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

Pursuant to the agreement reached between the parties, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice and without costs against any party.

Katie A. D'Emilio, Esquire (No. 4824)
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4450
Facsimile: (302) 355-0831
E-mail: demiliok@ballardspahr.com

Douglas Y. Christian (*pro hac vice*)
Joshua A. Mooney (*pro hac vice*)
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

_____
Attorneys for Plaintiffs The Premcor Refining
Group Inc. and Valero Energy Corporation

Dated: 2/5/08

B. Wilson Redfearn, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19899
Phone: (302) 658-6901
Fax: (302) 658-4018

Joanna Zimolzak, Esquire (*pro hac vice*)
J. Randolph Evans, Esquire (*pro hac vice*)
Tonia (Toni) L. Ross, Esquire (*pro hac vice*)
McKenna, Long & Aldridge, LLP
1900 K Street NW.
Washington, DC 20006-1108
(202) 496-7375

_____
Counsel for Defendants American Guarantee
Liability Insurance Company And
Maryland Casualty Company

Dated: 2/4/08

DMEAST #9958303 v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 5th, 2008, a true and correct copy of Stipulation of Dismissal Pursuant to Rule 41(a)(1) was served by electronic filing upon the following:

> B. Wilson Redfearn, Esquire
> Tybout, Redfearn & Pell
> 750 South Madison Street
> Suite 400
> P.O. Box 2092
> Wilmington, DE 19899
> Phone: (302) 658-6901
> Fax: (302) 658-4018
>
> Attorneys for Defendants

*Katie A. D'Emilio*
Katie A. D'Emilio (No. 4824)